```
                                                                    O
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL DYEING & PRINTING, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> US TEXTILE PRINTING, INC.; ROSS STORES, INC.; UNO CLOTHING, INC.; CNC CLOTHING/ dba: CANDY RAIN, <br><br> Defendants. | Case No. CV 09-09132 DDP (VBKx) <br><br> **ORDER GRANTING IN PART PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE TRIAL DATE AND ORDERING THE PARTIES TO FILE CROSS MOTIONS FOR SUMMARY JUDGMENT** <br><br> [Ex parte application filed on 07/20/2011] |

Presently before the court is Plaintiff's Ex Parte Application to Continue Trial Date (Dkt. No. 115). The court GRANTS the Application to Continue Trial Date. Therefore, the Final Pretrial Conference is hereby continued to October 24, 2011 at 11:00 a.m., with the 3-4 Day Jury Trial continued to November 8, 2011 at 9:00 a.m. All additional requests made in Plaintiff's Application for terminating sanctions, to strike the answer of Defendants, and to enter default for Plaintiff are DENIED.

The court further ORDERS the parties to file cross motions for summary judgment. Plaintiff and Defendants shall each file a

motion for summary judgment on or before August 26, 2011. Plaintiff and Defendants shall file any opposition thereto no later than September 2, 2011, with no further filings.  The parties' summary judgment motions will, at the time of filing, be set for hearing on September 12, 2011, at 10:00a.m.

IT IS SO ORDERED.

Dated: July 29, 2011

DEAN D. PREGERSON
United States District Judge