LAW OFFICE OF FRANK N. LEE
FRANK N. LEE (State Bar No. 122230)
3435 Wilshire Blvd., Suite 450
Los Angeles, CA  90010
Telephone:  (213) 487-9777
Facsimile:  (213) 487-9776
Email:  franknlee@gmail.com

Attorneys for Defendants
US TEXTILE PRINTING, INC.
AND UNO CLOTHING, INC.

NO JS-6

KILPATRICK TOWNSEND & STOCKTON LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
HOLLY GAUDREAU (State Bar No. 209114)
Two Embarcadero Center Eighth Floor
San Francisco, CA  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email:  jgilliland@kilpatricktownsend.com
        hgaudreau@kilpatricktownsend.com

Attorneys for Defendant
ROSS STORES, INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL DYEING & PRINTING, INC., a California Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>US TEXTILE PRINTING, INC., ROSS STORES, INC., UNO CLOTHING, INC., CNC CLOTHING/dba: CANDY RAIN, and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No. CV09-09132 DDP (VBKx)<br><br>**PARTIAL JUDGMENT**<br><br><br>The Honorable Dean D. Pregerson |

[PROPOSED] PARTIAL JUDGMENT
CASE NO. CV09-9132 DDP (VBKx)

1  For the reasons set forth in the Order Granting Defendants' Motion for
2  Summary Judgment And Denying Plaintiff's Motion for Summary Judgment
3  [Docket No. 179],

IT IS HEREBY ORDERED AND ADJUDGED,

That judgment is entered in favor of US Textile Printing, Inc., Uno Clothing, Inc. and Ross Stores, Inc. (collectively, "Defendants") and against Plaintiff Universal Dyeing & Printing, Inc. ("Plaintiff") with respect to Plaintiff's claim that garment SKU 400043357879 ("SKU 7879") infringed Plaintiff's UA-12291 design; and

That judgment is entered in favor of Defendants and against Plaintiff with respect to Plaintiff's claim that garment SKU 400044108548 ("SKU 8548"), garment SKU 400045863903 ("SKU 3903"), and garment SKU 400047753721 ("SKU 3721") infringed Plaintiff's UA-13022 design.

Dated: September 16, 2011

_____
HON. DEAN D. PREGERSON
United States District Judge

63722175 v1