O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL DYEING & PRINTING, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> US TEXTILE PRINTING, INC.; ROSS STORES, INC.; UNO CLOTHING, INC.; CNC CLOTHING/ dba: CANDY RAIN, <br><br> Defendants. | Case No. CV 09-09132 DDP (VBKx) <br><br> **ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO SHORTEN TIME AND DENYING DEFENDANTS' MOTION FOR SANCTION OF DISMISSAL WITH PREJUDICE** <br><br> [Docket No. 184] |

    Presently before the court is Defendants' Ex Parte Application to Shorten Time for Hearing Defendants' Motion for Sanction of Dismissal with Prejudice Pursuant to FRCP 16(f) and Local Rule 83-7. The court grants Defendants' Ex Parte Application to Shorten Time and decides Defendants' Motion without argument.

    According to the parties, neither side has fully complied with the court's pretrial orders or local rules. At issue in this motion, Plaintiff evidently filed certain pretrial documents one day late. While the court expects parties to comply fully with its

orders and all local rules, Plaintiff's late filing does not rise to the level of warranting dismissal.  The court therefore DENIES Defendants' Motion for Sanction of Dismissal with Prejudice.

IT IS SO ORDERED.

Dated: October 19, 2011

DEAN D. PREGERSON
United States District Judge