1

2

3                                                                    O

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   UNIVERSAL DYEING & PRINTING, )   Case No. CV 09-09132 DDP (VBKx)
     INC., a California           )
12   corporation ,                )   **ORDER GRANTING DEFENDANTS' EX**
                                  )   **PARTE APPLICATION TO SHORTEN TIME**
13                 Plaintiff,     )   **AND DENYING DEFENDANTS' MOTION**
                                  )   **FOR SANCTION OF DISMISSAL WITH**
14       v.                       )   **PREJUDICE**
                                  )
15   US TEXTILE PRINTING, INC.;   )   [Docket No. 184]
     ROSS STORES, INC.; UNO       )
16   CLOTHING, INC.; CNC          )
     CLOTHING/ dba: CANDY RAIN ,  )
17                                )
                   Defendants.    )
18                                )
     _____  )
19

20       Presently before the court is Defendants' Ex Parte Application

21   to Shorten Time for Hearing Defendants' Motion for Sanction of

22   Dismissal with Prejudice Pursuant to FRCP 16(f) and Local Rule 83-

23   7.  The court grants Defendants' Ex Parte Application to Shorten

24   Time and decides Defendants' Motion without argument.

25       According to the parties, neither side has fully complied with

26   the court's pretrial orders or local rules.  At issue in this

27   motion, Plaintiff evidently filed certain pretrial documents one

28   day late.  While the court expects parties to comply fully with its

orders and all local rules, Plaintiff's late filing does not rise
to the level of warranting dismissal.  The court therefore DENIES
Defendants' Motion for Sanction of Dismissal with Prejudice.


IT IS SO ORDERED.



Dated: October 19, 2011

DEAN D. PREGERSON
United States District Judge