O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNIVERSAL DYEING & PRINTING, INC., a California corporation , | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. CV 09-09132 DDP (VBKx)  **ORDER GRANTING IN PART PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE DATE FOR FILING OPPOSITION**  [Docket No. 229] |
| Plaintiff, | | |
| v. | | |
| US TEXTILE PRINTING, INC.; ROSS STORES, INC.; UNO CLOTHING, INC.; CNC CLOTHING/ dba: CANDY RAIN, | | |
| Defendants. | | |

Presently before the court is Plaintiff's Ex Parte Application to Continue the Due Date for Filing of the Motion for Summary Judgment Opposition from November 21, 2011 to November 28, 2011 as Plaintiff's Counsel is Engaged in Trial. As requested, the court continues the due date for Plaintiff to file its opposition(s) one week, to November 28, 2011. To avoid prejudice, the court also continues for one week the due date for any replies, to December 5, 2011. Defendants' two pending Motions for Summary Judgment, however, will still be heard on Monday, December 12, 2011, at 10:00

a.m., as counsel for Defendant Ross Stores, Inc. is unavailable on the later date suggested by Plaintiff.

IT IS SO ORDERED.

Dated: November 18, 2011

DEAN D. PREGERSON
United States District Judge

2